Freddy GREEN, Plaintiff–Appellant,

v.

ELIXIR INDUSTRIES, INC.,
Defendant–Appellee.

No. 04–12973.

United States Court of Appeals,
Eleventh Circuit.

Oct. 18, 2005.

Bryant H. Bower, Jr., Bower Law Office, Willis H. Blackwall, III, Thomas, Blackwall & Thomas, Waycross, GA, for Green.

J. Ellsworth Hall, IV, Hall, Block, Garland & Meyer, Macon, GA, for Elixir Industries.

Before BARKETT, HILL and FARRIS*, Circuit Judges.

BY THE COURT:

On its own motion, the Court hereby vacates its opinion issued on April 29, 2005, which has been replaced by an unpublished opinion entered on October 11, 2005.